UNITED STATES DISTRICT COURT
District of Minnesota

26-cv-3534 NEB/ECW

Thomas Evenstad,
Plaintiff,

JURY TRIAL
DEMANDED

vs

Amy Klobuchar, Steve Simon, MN DFL Party
Tim Waltz, Keith Ellison,
Ken Martin, Richard Carlbom
Kristen Dodds, John Does 1-15,
Jane Does 1-10,
Defendants.

RECEIVED

AUG 0 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Jurisdiction & Venue

1. This action is brought under the laws of the United States. The Court has jurisdiction pursuant to the applicable federal statutes.

2. Venue is proper in the United States District Court for the District of Minnesota because the events giving rise to this action occurred in Minnesota and the defendants reside and/or work conduct business in this District.

SCANNED
AUG 0-6 2026
U.S. DISTRICT COURT MPLS

## FACTS

3. Plaintiff Thomas Wayne Evenstad (herein "Evenstad") was a candidate for Governor seeking the endorsement of the Minnesota Democratic-Farmer-Labor (DFL) Party.

4. On Friday, May 29, Evenstad attended the DFL Convention in Rochester, Minnesota,

(1)

intending to participate in convention activities as a candidate.

5. Evenstad alleges that he was denied access to, or removed from convention proceedings and was prevented from participating as a delegate, guest or candidate.

6. Evenstad alleges that the defendants were responsible for, directed, approved or participated in the decision to exclude Evenstad.

7. Evenstad entered the Convention area after passing the required security screening while wearing a hat bearing the words "EVENSTAD FOR GOVERNOR."

8. After Evenstad entered, defendant Kristen Dodds recognized Evenstad, who had previously worked on fundraising efforts for the Minnesota DFL Party in which Mr. Dodds was involved.

9. Mr. Dodds stopped Evenstad, asking him "What are you doing here?" Evenstad responded he was there to challenge Amy Klobuchar for the Party endorsement. Dodds summoned defendant Jaime Tincher.

10. Ms. Tincher informed Evenstad that he could not remain on the Convention floor area in proximity to delegates and instructed him to return upstairs. Evenstad alleges that he was told the matter would be "sorted out" and that he would receive a guest credential.

11. Evenstad complied with those instructions and returned upstairs in reliance on those representations.

12. After Evenstad returned upstairs, Plaintiff requested

(2)

the promised guest credential. Evenstad alleges that Defendants refused to issue the credential and prevented him from returning to Convention Floor.

13. As a result, Evenstad was excluded from the Convention proceedings and was unable to participate as he had intended.

14. Evenstad posses video evidence/recordings that he alleges document portions of the events and intends to rely on those recordings as evidence.

15. Evenstad informed Ms. Tincher he believed he had a right to attend the convention and Ms. Tincher stated that she didn't work for the Party. Evenstad asked Ms. Tincher if she's donated to Amy Klobuchar and Ms. Tincher denied donating.

16. Evenstad requested Ms. Tincher contact DFL "leadership" ("One Minnesota") Defendants Governor Tim Waltz, Attorney General Keith Maurice Ellison, Amy Klobuchar, Secretary of State Steve Simon, Chair Richard Carlbom and DNC Chair Ken Martin regarding his admission and credentialing.

17. After approximately fifteen minutes, Ms. Tincher stated that Evenstad would not be credentialed. Evenstad asked Ms. Tincher if that decision was supported by all requested decision-makers and Ms. Tincher affirmed this.

18. Evenstad again requested to be admitted to the Convention or issued the promised guest credential.

(3)

*NEW YORK DOWNSTATE DISTRICT*
REOPENED KLOBUCHAR RAPE FRAME
Under Investigation: Pattern of FRAMING Innocent Citizens out Evenstads
Klobuchar when asked

That request was denied. Said at Townhall about ☆

19. Ms. Tincher informed Evenstad that if he did not leave voluntarily, security would be called to remove him.

20. Evenstad left the convention voluntarily to avoid being forcibly removed and subject to criminal arrest.

21. Evenstad alleges that, as a result of these actions he was prevented from attending and participating at the DFL Convention as a Candidate for Governor.

22. Evenstad sought the endorsement of the Minnesota DFL Party as a Candidate for Governor.

23. Evenstad alleges that before the Convention he attempted to obtain information from the Party regarding the procedures and requirements applicable to Governor candidates.

24. Evenstad alleges Minnesota DFL failed or refused to communicate with him regarding these proceedings despite his requests.

25. As a result, Evenstad attended the Minnesota DFL Convention believing he was entitled to attend the convention and participate in accordance with Party procedures.

26. Plaintiff was not advised before arriving that he would be denied admission or refused a credential.

27. Evenstad alleges that after passing security and entering the Convention area, he was removed from the Convention floor, denied access to the promised guest credential, and ultimately left after being informed security would be called if Evenstad did not leave voluntarily.

(4)

27. Can + Vance Boelter, with Eichstadt in courtroom blamed Senator Amy Klobuchar for his crimes, stated Law Enforcement refuses to take any statements, implicating AMY KLOBUCHAR ASKING "IS Amy Klobuchar Above The Law"

28. Evenstad alleges that these actions prevented him from challenging Amy Klobuchar (defendant) for the Statewide DFL Party Endorsement and caused him reputational, political and other damages. EVENSTAD has maintained for 25 years Klobuchar framed him as (Hennepin DA, Klobuchar has refused to delete NKTAING EVENSTAD Banned Evenstad via Law Force for exclusive Special Olympics Coverage, bought the MEDIA

PARTIES Interviews except KTTC-TV [1yr]

1. Plaintiff Thomas Evenstad is a resident of the State of Minnesota and, at all times relevant to this Complaint, was a candidate for Governor of Minnesota seeking the endorsement of the Minnesota Democratic-Farmer-Labor (DFL) Party.

2. Defendant Amy Klobuchar is a United States Senator from Minnesota. Plaintiff alleges she participated in, authorized, ratified, or otherwise bears responsibility for the actions alleged herein. The precise nature and extent of her involvement are expected to be developed through discovery.

3. Defendant Ken Martin was at all relevant times Chair of the Democratic National Committee. Plaintiff alleges he was responsible of State officials and for their actions acting within the scope of their authority. party

4. Defendant Richard Carlbom was at all relevant times Chair of the Minnesota DFL party. Evenstad alleges Carlbom was responsible for the administration and operation of the DFL Convention and for the

(5)

actions of party officials acting within the scope of their authority.

5. Defendant Kirsten Dodds was a Minnesota DFL Party Official who stopped Evenstad on the Convention floor and initiated the events leading to Plaintiff's exclusion from the Convention.

6. Defendant Jaime Tincher personally informed Evenstad that he would not be credentialed, represented that she had contacted Party "leadership" (one Minnesota), refused Plaintiff's request to be credentialed, and directed Plaintiff to leave or face removal by Security.

7. Governor Tim Waltz was Governor of Minnesota and Evenstad alleges that the extent of "Tampon Tim's" involvement will be established through the Discovery process.

8. Defendant Keith Ellison was Attorney General of Minnesota and Evenstad alleges that the extent of the self-proclaimed "people's lawyer" will be established via discovery also.

9. Defendants John Does 1-15 and Jane Does 1-10 are persons presently unknown to Plaintiff who participated in, authorized, directed or assisted in the conduct alleged herein. Their identities are presently unknown and will be substituted upon discovery.

## CLAIMS

(6)

## Count I - Denial of Fair Access to the Endorsement Process

29. Evenstad incorporates by reference all proceeding paragraphs.

30. Evenstad ~~sua~~ alleges that he sought the endorsement of the Minnesota DFL Party as a candidate for Governor.

31. Plaintiff alleges Defendants prevented him from participating in the Convention by refusing to issue a credential after Evenstad passed security and entered the Convention area.

32. Evenstad alleges Defendants failed to provide Plaintiff with a meaningful explanation ~~of~~ for the denial of admission and refused his requests to communicate with Party "leadership" regarding the decision to ban him.

33. Evenstad alleges that the actions of the Defendants prevented him from participating in the endorsement process and caused political, reputational, emotional and economic harm.

34. Evenstad seeks all relief available under applicable federal and state law, together with any other relief the Court deems just & proper.

## Count II - Conspiracy

35. Evenstad allege two or more Defendants acted in concert to prevent Plaintiff from attending & participating in the DFL State Convention as a gubernatorial candidate.

36. Evenstad alleges that the defendant's

(7)

coordinated their actions by directing Evenstad away from the convention floor, refusing to issue a credential after representing that one would be provided, and requiring Plaintiff to leave under threat that Security would be summoned.

37. Evenstad alleges that these coordinated actions caused Plaintiff to lose the opportunity to participate in convention proceedings and resulted in political, reputational, emotional and economic damages.

38. Plaintiff requests all applicable relief.

## PRAYER FOR RELIEF

Wherefore, Plaintiff Thomas Evenstad requests that the Court enter Judgment in Plaintiff's favor and against Defendants and grant the following relief:

A. Award Evenstad Compensatory Damages in an amount to be determined at trial for the harm caused by Defendants alleged actions including damages for lost political opportunity, reputational harm, emotional distress and other damages permitted by law;

B. Award Punitive Damages where authorized by law based on their conduct proven at trial;

C. Issue appropriate declatory relief regarding the Plaintiffs rights & defendants obligations under applicable law and Party proceedings.

DATED: August 6, 2026                (8)    TOM EVENSTAD    Tom